UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.   8:06-Cr-00009-T-26 MSS
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(5)(B);
LEON RODNEY WHITMAN, JR.   18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2423(a)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Between in or about October 2005, and November 12, 2005, in the Middle District of Florida and elsewhere,

LEON RODNEY WHITMAN, JR.,

defendant herein, did use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of said conduct, to wit: one 8 millimeter videotape, and the visual depiction was transported in interstate commerce.

In violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO

Between in or about October 2005, and November 12, 2005, in the Middle District of Florida and elsewhere,

LEON RODNEY WHITMAN, JR.,

defendant herein, did use, persuade, induce, entice and coerce a minor to engage in

sexually explicit conduct for the purpose of producing a visual depiction of said conduct, with a digital camera, and stored on a digital camera card, and the visual depiction was transported in interstate commerce.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

Between in or about October 2005, to on or about November 13, 2005, in the Middle District of Florida and elsewhere,

LEON RODNEY WHITMAN, JR.,

defendant herein, did knowingly possess material containing images of child pornography, to wit: one 8 millimeter videotape, which was transported in interstate commerce.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOUR

From in or about October 2005, to on or about November 13, 2005, in the Middle District of Florida and elsewhere,

LEON RODNEY WHITMAN, JR.,

defendant herein, did knowingly possess material containing images of child pornography, to wit: a digital camera with a digital camera card, which were transported in interstate commerce.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FIVE

On an unknown date, between October 2005 and November 12, 2005, in the Middle District of Florida, and elsewhere,

### LEON RODNEY WHITMAN, JR.,

defendant herein, did knowingly transport and ship, child pornography in interstate commerce, to wit: an 8 millimeter videotape containing said child pornography.

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT SIX

On an unknown date, between October 2005 and November 12, 2005, in the Middle District of Florida, and elsewhere,

### LEON RODNEY WHITMAN, JR.,

defendant herein, did knowingly transport and ship, child pornography in interstate commerce, to wit: one digital camera with a digital camera card containing said child pornography.

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT SEVEN

On or about November 12, 2005, in the Middle District of Florida, and elsewhere,

### LEON RODNEY WHITMAN, JR.,

defendant herein, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with intent that the individual engage in any sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

## FORFEITURES

1.      The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      From their engagement in violations alleged in Counts One through Seven of this Indictment, the defendant, LEON RODNEY WHITMAN, JR., shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, all of his interest in any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, camera or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 through 2258; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.  Specific property to be forfeited includes, but is not limited to child pornography on an 8 millimeter videotape, a digital camera with a digital camera card and a laptop computer.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

4

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
COLLEEN MURPHY-DAVIS
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LEON RODNEY WHITMAN, JR.

## INDICTMENT

Violations:

18 U.S.C. §§ 2251(a), 2252A(a)(1), 2252A(a)(5)(B), and 2423(a)

A true bill,

_____
Foreperson

Filed in open court this 5th day

of January, A.D. 2006.

_____
Clerk

Bail $ _____

GPO 863 525

N:\_Criminal Cases\W\whitman, leon_2005R02993_cmdf\_indictment_back.wpd